UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-01018-CEH-SPF

Ismael Cruz,
and other similarly
situated individuals,

    Plaintiff(s),

v.

Quality Roofing, Inc.
and John R. Garrison, individually,

    Defendants,
_____/

## MOTION TO PERMIT SETTLEMENT CONFERENCE TO BE CONDUCTED VIA ZOOM

Plaintiff, Ismael Cruz, by and through his undersigned counsel, hereby requests the Court to permit the parties to conduct the meeting required by Paragraph 4 of the Court's Scheduling Order [D.E 11] by zoom, and in support states as follows:

1. On May 26, 2022, the Court entered the Scheduling Order [D.E 11] in this case. Pursuant to Paragraph 4, counsel for the parties "shall meet

and confer in person in a good faith effort to settle all pending issues, including attorney's fees and costs."

2. In this case, Plaintiff's counsel is located in Miami, Florida, and Defendants' counsel is located in Tampa, Florida. As a result, it would be more efficient for counsel to conduct the conference via zoom, and would help reduce the litigation costs associated with counsel traveling to meet in person.

3. Counsel have agreed on a date and time to confer as required by the Scheduling Order. The meeting is scheduled for August 4, 2022.

4. It would be in the best interest of the parties and counsel to allow attendance by zoom.

5. The chances of resolving the issues in the case, including attorney's fees and costs, would be enhanced if the parties can save the travel time and expense and conduct the meeting via zoom.

6. The undersigned has consulted with counsel for Defendants, and Defendants' Counsel prefers an in-person meeting.

WHEREFORE, Plaintiff requests that this Court permit the parties to conduct the meeting required by Paragraph 4 of the Court's Scheduling Order by zoom.

# MEMORANDUM OF LAW

The granting of this motion is within the Court's broad discretion. See Perez v. Miami- Dade County, 97 F.3d 1255, 1263 & n.21 (11th Cir. 2002) (indicating that the district courts have discretion over the scheduling and disposition of cases). As a result, and for the reasons stated above, Plaintiff respectfully submits that there is good cause to allow the parties to conduct their meeting via zoom.

Respectfully submitted,

By: s/ Zandro Palma
Zandro E. Palma, Esq.
Florida Bar No. 0024031
zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd., Suite 1500
Miami, FL 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502
*Counsel for Plaintiff*