# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ISMAEL CRUZ, and other similarly situated individuals,

    Plaintiff,

v.

    CASE NO.: 8:22-cv-1018-CEH-SPF

QUALITY ROOFING, INC. and
JOHN R. GARRISON, individually,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Ismael Cruz, and Defendants, Quality Roofing, Inc. and John R. Garrison, by and through undersigned counsel, hereby submit this Joint Notice of Settlement in accordance with the Court's Scheduling Order and Local Rule 3.09, and state as follows:

1) Plaintiff and Defendants have reached a full and compete settlement of this matter, dispositive of all substantive issues between the parties.

2) The principal terms of the agreement are confirmed and accepted, and the parties intend to memorialize their agreement in a mutually acceptable written settlement document to submit to the Court for approval.

3) The parties' expectation is that, upon execution of the finalized settlement documents and performance of certain core settlement terms, and upon

Court approval, dismissal with prejudice of all claims and matters in this action will be appropriate.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *Zandro E. Palma* | /s/ *Benjamin S. Briggs* |
| Zandro E. Palma, Esquire | Benjamin S. Briggs, Esquire |
| Florida Bar No. 0024031 | Florida Bar No. 113814 |
| **ZANDRO E. PALMA, P.A.** | **ADAMS AND REESE LLP** |
| 9100 S. Dadeland Blvd., Suite 1500 | 100 N. Tampa Street, Suite 4000 |
| Miami, Florida 33156 | Tampa, Florida 33602 |
| Tel: (305) 446-1500 | Tel: (813) 402-2880 |
| Fax: (305) 446-1502 | Fax: (813) 227-5638 |
| zep@thepalmalawgroup.com | Ben.briggs@arlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: August 11, 2022 | Dated: August 11, 2022 |