# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ISMAEL CRUZ,

    Plaintiff,

v.                                                        Case No: 8:22-cv-1018-CEH-SPF

QUALITY ROOFING, INC. and
JOHN R. GARRISON,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on October 19, 2022 (Doc. 19). In the Report and Recommendation, Magistrate Judge Flynn recommends that the parties' Joint Motion for *In Camera* Review of Settlement Agreement, Approval of Settlement, and Dismissal With Prejudice (Doc. 18) be denied without prejudice. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 19) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Joint Motion for *In Camera* Review of Settlement Agreement, Approval of Settlement, and Dismissal With Prejudice (Doc. 18) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida on November 8, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record