## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ISMAEL CRUZ,

      Plaintiff,

v.                                                    Case No: 8:22-cv-1018-CEH-SPF

QUALITY ROOFING, INC. and
JOHN R. GARRISON,

      Defendants.

_____

## <u>ORDER</u>

This matter is before the Court *sua sponte*. On April 25, 2024, the Court issued

an order (Doc. 21) directing the parties to file by May 9, 2024, a report indicating the

status of the settlement and whether Plaintiff's claims were resolved without

compromise.[1] The Court cautioned that a failure to timely respond to the Court's

Order would result in dismissal of this action without prejudice and without further

notice. The parties failed to respond or request an extension of time in which to do so.

Accordingly, it is

      **ORDERED**:

      1.     This action is **DISMISSED without prejudice**.

      2.     The Clerk is directed to **close** this case.

---

[1] The parties had previously filed a notice of joint settlement of this FLSA action (Doc. 16).

**DONE** and **ORDERED** in Tampa, Florida on June 12, 2024.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

2